## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

EDDIE DAVID HOLBDY,

          Defendant.

Criminal No. 05-203 (2) (JRT/FLN)

**ORDER**

    David Steinkamp, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

    Doug Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415**,** for defendant.

    Defendant has filed a motion for retroactive application of sentencing guidelines to crack cocaine offense pursuant to 18 U.S.C. § 3582 [Docket No. 96].  **IT IS HEREBY ORDERED** that the government shall respond to the said motion by May 15, 2009.

Dated: April 24, 2009
at Minneapolis, Minnesota

                                                           s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                        United States District Judge