≈AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eddie David Holbdy ) | Case No: 05-203 (2) (JRT/FLN) |
| ) | USM No: 12276-041 |
| Date of Previous Judgment: 09/20/2006 ) | Doug Olson |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   195 months   months **is reduced to**   180 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant is subject to the mandatory minimum 120 month sentence. He is also subject to a 60 month consecutive sentence for use of a firearm in connection with the drug offense, which reduces his total sentence to 180 months.

Except as provided above, all provisions of the judgment dated   09/20/2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   04/30/2009

s/John R. Tunheim
Judge's signature

Effective Date:   
(if different from order date)

John R. Tunheim, United States District Court Judge
Printed name and title